

The following constitutes the order of the court.
Signed December 8, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Theresa Victa,

Debtor.

No. 16-42811

Chapter 7

**MEMORANDUM REGARDING NOTICE**

On December 7, 2016, a hearing was held in the above-captioned case where the issue of notice to creditors regarding Debtor's *Motion to Convert a Chapter 7 Case to a Case Under Chapter 13* (doc. 22) ("the Motion") was raised. The Court notes that the Motion was not served on all creditors upon its filing. However, the *Notice of Hearing* on the Trustee's objection to the Motion was apparently sent to all creditors in the matrix on November 21, 2016 (doc. 43). Accordingly, the hearing, prompted by the Trustee's objection (doc. 24) and currently set for December 14, 2016 will remain, and all parties will have an opportunity to be heard at that time.

**\*END OF ORDER\***

1

**COURT SERVICE LIST**

**Theresa Victa**
1159 Kelvin Road
El Sobrante, CA 94803